# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2700

_____

| | |
|---|---|
| Danna Johnson, | * |
| | * |
| Appellant, | * |
| | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Western District of Missouri. |
| Accredited Home Lenders, Inc., a | * |
| California Corporation; Jim Konrath, | *      [UNPUBLISHED] |
| | * |
| Appellees. | * |

_____

Submitted: May 4, 2007
Filed: May 10, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Danna Johnson appeals from the district court's[1] dismissal of her pro se civil complaint for failure to state a claim. Upon de novo review, see Farm Credit Servs. of Am. v. Am. State Bank, 339 F.3d 764, 767 (8th Cir. 2003) (de novo standard of review), we conclude that the district court correctly dismissed Johnson's complaint as barred by the statute of limitations, see Basham v. Fin. Am. Corp., 583 F.2d 918, 927 (7th Cir. 1978) (failure to bring action under TILA within one year bars action).

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

We decline to consider Johnson's claims raised for the first time on appeal. <u>See</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914 (8th Cir. 2004) (declining to address pro se claims and arguments raised first on appeal).

Accordingly, we affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

_____